■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN DENHAM, Appellant. — Appeal by defendant, as limited by his brief, from a resentence of the Supreme Court, Queens County (Rubin, J.), imposed February 20, 1980, upon his conviction of criminal sale of a controlled substance in the second and third degrees, upon a jury verdict. ¶ Resentence affirmed. ¶ We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on this appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Gibbons, J. P., Brown, Niehoff and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNESTO GONZALEZ, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Lentol, J.), rendered November 14, 1980, convicting him of murder in the second degree (two counts), upon a jury verdict, and imposing two consecutive indeterminate terms of imprisonment of 25 years to life. ¶ Judgment modified, on the law, by reducing the sentence imposed to two concurrent indeterminate terms of imprisonment of 25 years to life. As so modified, judgment affirmed. ¶ Although several of the prosecutor's remarks were better left unsaid, defendant failed to register an appropriate protest sufficient to preserve a question of law as to most of them (CPL 470.05, subd 2; *People v Nuccie,* 57 NY2d 818; *People v Santiago,* 52 NY2d 865), and we decline to exercise interest of justice jurisdiction inasmuch as we do not believe that they operated to deprive the defendant of a fair trial (CPL 470.15, subd 6, par [a]; cf. *People v Hopkins,* 58 NY2d 1079, 1083; *People v Galloway,* 54 NY2d 396; *People v Dukes,* 97 AD2d 445; *People v Barbour,* 96 AD2d 842). Under the circumstances of this case, however, and since the defendant was not convicted of the intentional murder counts, consecutive sentences are improper (see *People v Whitaker,* 97 AD2d 555; *People v Braithwaite,* 96 AD2d 865, mot for lv app granted 60 NY2d 965). Titone, J. P., Lazer, Mangano and O'Connor, JJ., concur.